```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 14307
   KARL JAMES STREITENFELD
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8298

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 04/14/2005 and was confirmed 06/20/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 08/18/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                          PAID         PAID
--------------------------------------------------------------------------
WELLS FARGO HOME MORTGAG CURRENT MORTG          .00          .00          .00
WELLS FARGO HOME MORTGAG MORTGAGE ARRE    26311.28          .00     22134.85
WELLS FARGO BANK         NOTICE ONLY    NOT FILED          .00          .00
RESURGENT CAPITAL SERVIC UNSEC W/INTER    2412.53          .00          .00
BENNIE W FERNANDEZ       DEBTOR ATTY      1,394.00                   1,394.00
TOM VAUGHN               TRUSTEE                                     1,409.15
DEBTOR REFUND            REFUND                                           .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                   RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE          24,938.00

PRIORITY                                       .00
SECURED                                  22,134.85
UNSECURED                                      .00
ADMINISTRATIVE                            1,394.00
TRUSTEE COMPENSATION                      1,409.15
DEBTOR REFUND                                  .00
                 ---------------         ---------------
TOTALS             24,938.00              24,938.00
```

           PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 14307 KARL JAMES STREITENFELD

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/19/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE